**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**QUINCY GREENFIELD** **PLAINTIFF**
**ADC #551744**

**v.** **Case No: 4:26-cv-00605-LPR**

**THOMAS J. WHITAKER, et al.** **DEFENDANTS**

**ORDER**

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Joe J. Volpe (Doc. 9). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the RD, along with careful consideration of the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.[1]

Accordingly, Plaintiff's Complaint (Doc. 2) is DISMISSED without prejudice for failure to state a claim upon which relief may be granted. The Clerk is instructed to close this case. The Court recommends that dismissal of this case count as a "strike," in the future, for purposes of 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 5th day of November 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

[1] There is one caveat. The Court does not adopt the sentence on page 3 of the RD that begins "It is unclear . . . ." And the Court treats the following sentence as an assuming-arguendo point.